JUNE 7, 1984

No. A-974.   WISCONSIN ELECTIONS BOARD ET AL. *v.* REPUB-
LICAN PARTY OF WISCONSIN ET AL.   Application for stay of the
mandate of the United States District Court for the Eastern
District of Wisconsin, presented to JUSTICE STEVENS, and by him
referred to the Court, is granted pending the timely docketing
and final disposition of the appeal.